In the Matter of the Application of THE MORTGAGE CORPORATION OF NEW YORK, as Trustee of a Certain Mortgage Affecting Property Situate in the County of Queens, State of New York, and Known as 8346–118th Street, Kew Gardens, Borough of Queens, City of New York, for an Order Directing the Payment of Surplus Income of Said Property to Apply Toward the Reduction of Any Past Due Principal of Said Mortgage or Permitting Foreclosure of Said Mortgage, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act, Appellant, against PENZANCE HOLDING Co., INC., Respondent.— Order granting appellant's application under section 1077-c of the Civil Practice Act for an inspection of the records and data of the owner of certain mortgaged premises modified by striking out the words, " June 30, 1940," from the second decretal paragraph and sub-

stituting in place thereof the words, " July 25th, 1940." As thus modified the order is affirmed, without costs. (*Matter of Mortgage Corp.* v. *Menan Realty Corp.*, 258 App. Div. 429; *Matter of Surgan* v. *Winthrop & E. 51st St. Corp.*, 259 id. 728.) Proper adjustments of receipts and disbursements may be made at the time application, if any, is made for payment of claimed surplus. (See *Matter of Mortgage Comm. of State of N. Y.* [*Brooklyn Consol. Realty Corp.—— 370 4th Ave.*], 255 App. Div. 979, and *Matter of Title Guarantee & Trust Co.* [*7101 Shore Rd.—— Shore Towers, Inc.*], 258 id. 729.) Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.